UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PETERSON.<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF STATE,<br><br>Defendant. | No.  2:24-cv-01812-TLN-CKD<br><br><br><br>**ORDER** |

Plaintiff proceeds without counsel in this action.  This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 7, 2024, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not objected to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this matter.  The Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 7, 2024 (ECF No. 4), are ADOPTED IN FULL;

1

2. This action is DISMISSED for failure to prosecute under Fed. R. Civ. P. 41(b); and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: December 13, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE